# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

17-1277 - Ebanks v. McDonald

Appellant's Opening Brief

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time. The deficiencies are set forth below:

- The addendum is not paginated in accordance with the format required by Fed. Cir. R. 28(a)(11)

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next party's brief starts from the service date of the original version, not the corrected version.

FOR THE COURT

December 27, 2016         /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court